April 16, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CONNIE RANGE AS TRUSTEE OF THE MARTHA RANGE TRUST D/B/A RELIANT ENGINEERING AND MACHINE US AND SAM RANGE, Appellant

NO. 14-15-00292-CV            V.

CALVARY CHRISTIAN FELLOWSHIP, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Connie Range as Trustee of the Martha Range Trust d/b/a Reliant Engineering and Machine US and Sam Range.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.